The CITY OF KAHOKA, Missouri,
Plaintiff/Appellant,

v.

Brett BERTELLI, Rex E. Goldsberry
and Nancy L. Goldsberry, Defen-
dants/Respondents.

No. 72087.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 11, 1997.

J. Patrick Wheeler, Canton, for plain-
tiff/appellant.

H. Scott Summers, Rickey R. Roberts, Ka-
hoka, for defendants/respondent.

Before ROBERT G. DOWD, Jr., P.J., and
SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

The City of Kahoka (city) appeals a judg-
ment of the Circuit Court of Clark County
denying condemnation of properties in the
city owned by respondents, Brett Bertelli,
Rex E. Goldsberry and Nancy L. Goldsberry.

Substantial evidence supports the trial
court's findings that the city intended to
acquire respondents' properties not for a
public use but in order to exchange these
properties for other property which will be
put to a public use, therefore, the condemna-
tion was not in compliance with Article 1,
Section 28 of the Missouri Constitution and
Section 88.667 RSMo 1994. No error of law
appears. We affirm the judgment pursuant
to Rule 84.16(b). An opinion reciting the
detailed facts and restating the principles of
law would have no precedential value.

Farland GILLIEHAN, Appellant,

v.

STATE of Missouri, Respondent.

No. 72066.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 11, 1997.

S. Paige Canfield, Asst. Sp. Public Defend-
er, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Breck K. Burgess, Asst. Atty. Gen., Jefferson
City, for respondent.

Before ROBERT G. DOWD, Jr., P.J., and
SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

Farland Gilliehan (Movant) appeals the
judgment denying his Rule 24.035 motion for
post-conviction relief without an evidentiary
hearing. We have reviewed the briefs of the
parties and the record on appeal and con-
clude that the trial court's determination is
not clearly erroneous. Rule 24.035(k). An
extended opinion would have no precedential
value. We have, however, prepared a memo-
randum opinion for the use of the parties
only setting forth the reasons for our deci-
sion. We affirm the judgment pursuant to
Rule 84.16(b).